Opinion filed January 24, 2014



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00226-CR

_____

## THE STATE OF TEXAS, Appellant

## V.

## JOSEPH DANIEL MAXWELL, Appellee

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CR22310**

### M E M O R A N D U M   O P I N I O N

The State of Texas filed a notice of appeal from an order granting the defendant's motion to suppress. *See* TEX. R. APP. P. 42.2; *see also* TEX. CODE CRIM. PROC. ANN. art. 44.01 (West Supp. 2013). The State has now filed a motion to dismiss the appeal. In the motion, the State requests that this court dismiss the State's appeal because the State "no longer believes that it is in the best interest of justice or judicial economy to proceed with this appeal."

The State's motion is granted, and the appeal is dismissed.

PER CURIAM

January 24, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.